JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RAINEY, ) | CASE NO. CV 10-05940 MMM (RCx) |
| Plaintiff, ) | |
| ) | JUDGMENT FOR DEFENDANTS |
| vs. ) | |
| FEDERAL DEPOSIT INSURANCE ) CORPORATION, as Receiver of ) IndyMac Bank, F.S.B., and INDYMAC ) BANK, ) | |
| Defendants. ) | |

On September 28, 2011, the court issued an order granting defendants' motion to dismiss plaintiff's complaint for lack of subject matter jurisdiction. As a consequence,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Gregory Rainey's claims be dismissed without prejudice; and

2. That the action be, and it hereby is, dismissed.

DATED: September 28, 2011

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE